

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| *John T. Stinson*<br>*Assistant United States Attorney*<br>*Deputy Chief, Civil Division* | *401 Market Street, 4th Fl.*<br>*Camden, NJ 08101*<br>*john.stinson@usdoj.gov* | *main: (856) 757-5026*<br>*direct:(856) 757-5139* |

January 20, 2026

<u>By ECF</u>
Hon. Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

    Re:   *Martinez Ron v. Lyons,* No. 25-17359-MEF
            **Request for Additional Time to Address Petitioner's**
            **Supplemental Argument**

Dear Judge Farbiarz:

    This Office represents Respondents in this § 2241 habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We write to request additional time to respond to Petitioner's examination of the bond hearing transcript, which we believe was just introduced into the record of this case today.

    Respondents were unaware that Petitioner obtained and planned to discuss the bond hearing transcript. In his last filing before this Court, Petitioner stated that "Petitioner's argument is not that the immigration judge improperly evaluated the evidence[.]" ECF No. 28 at 2. Today, Respondents had planned to stand on their arguments in their answer to the amended complaint at ECF No. 22. However, Respondents would respectfully request an extension to Monday, January 26, 2025 to review the hearing transcript and respond to Petitioner's new arguments about it.

                                          Respectfully submitted,

                                          TODD BLANCHE
                                          U.S. Deputy Attorney General

**SO ORDERED.**
s/ Michael E. Farbiarz                  JORDAN FOX
Michael E. Farbiarz, U.S.D.J.       Chief of Staff & Associate Deputy
Date: 1/20/26                         Attorney General
                                          Special Attorney

2

                                By:    / s / *John T. Stinson*
                                          JOHN T. STINSON
                                          Assistant United States Attorney
                                          Deputy Chief, Civil Division

cc:     Counsel of Record

2